■ In the Matter of BARRY D. LESSER, Admitted as BARRY DAVID LESSER, an Attorney. — Respondent suspended from practice as an attorney and counselor at law effective August 18, 1983, and until the further order of this court. Concur — Murphy, P. J., Kupferman, Sandler, Asch and Milonas, JJ.